Thiago Coelho, SBN 324715
Thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., dba RED ROBIN BURGER AND SPIRITS EMPORIUMS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02629-GW-JPR<br><br>USDC Judge: George H. Wu<br>Courtroom: 9D<br><br>**NOTICE OF DISMISSAL**<br><br><br>Complaint Filed: March 19, 2020<br>Trial Date: Not Set |

1
NOTICE OF DISMISSAL

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Brett DeSalvo ("Plaintiff"), by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: December 4, 2020                    **WILSHIRE LAW FIRM**

/s/ *Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*