JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, | Case No. CV 20-2629-GW-JPRx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| RED ROBIN INTERNATIONAL, INC., et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on December 4, 2020, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: December 7, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE